DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK COUVILLON,**
Appellant,

v.

**TOWER HILL PRIME INSURANCE COMPANY,**
Appellee.

No. 4D21-2798

[July 21, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE 19-017969 (21).

Erik D. Diener of The Diener Firm, P.A., Plantation, for appellant.

Michael A. Monteverde, Paul S. Vicary and Kali Lauren M. Sinclair of Zinober Diana & Monteverde, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***